# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

Marilyn Kelly,
Chief Justice

140503 & (42)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 140503
COA: 286086
Saginaw CC: 07-028528-FC

HENRY LOUIS CARR,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 15, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

_____
Clerk

0517